IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **ERIC HEMPHILL,** § § *Plaintiff*, § § **v.** § § **WESTSTAR AUTOPLEX, L.L.C.,** § § *Defendant.* § | No. PE:20-CV-037-DC |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's prior order granting Defendant's Motion for Summary Judgment,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Complaint filed by Plaintiff Eric Hemphill ("Plaintiff") is **DISMISSED**.

It is further **ORDERED** that Plaintiff's claims under the Texas Commission on Human Rights Act are hereby **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiff's claims under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 are hereby **DISMISSED WITH PREJUDICE**.

Any relief not expressly granted in this Final Judgment is hereby **DENIED**.

All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED** as moot.

This case is terminated and the Clerk of the Court is instructed to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 9th day of January, 2022.

                                   DAVID COUNTS
                                   UNITED STATES DISTRICT JUDGE